**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**LOUIS HARRINGTON**
**ADC # 96313**                                                                                                   **PLAINTIFF**

**V.**                                       **1:08CV00068 BSM**

**MARVIN EVANS, Warden, North Central Unit,**
**Arkansas Department of Correction; and TINA**
**BRANSCUM, Officer, North Central Unit,**
**Arkansas Department of Correction**                                           **DEFENDANTS**

**JUDGMENT**

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 27th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE